UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WHITFIELD,<br><br>   Plaintiff,<br><br> v.<br><br>SIERRA CLINICA VISTA, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-01808-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 16)<br><br>**March 4, 2026, Deadline** |

Pending before the Court is Plaintiff Steven Whitfield's ("Plaintiff') request for a 21-day extension of time to file a response to Defendants' pending motion to dismiss, filed on February 9, 2026. (Doc. 16). Plaintiff represents that he has been unable to respond to Defendants' motion to dismiss or "competently comply with the Court's order and the designated deadline" based on health-related issues. *Id.* at 1-3. He represents that he has "only reently been able to obtain his full complement of [] prescribed medications [on] January 30, 2026." *Id.* at 3.

*Remainder of This Page Intentionally Left Blank*

1

**Conclusion and Order**

In light of Plaintiff's representations and good cause appearing, Plaintiff's request for an extension of time to file a response to Defendants' pending motion to dismiss (Doc. 4) is GRANTED. Plaintiff SHALL FILE any opposition or statement of non-opposition to Defendants' motion no later than **March 4, 2026**.

Any failure by Plaintiff to comply with this order will result in the undersigned's proceeding of the pending recommendation that this action be dismissed for a failure to obey the Local Rules and failure to prosecute. *See* (Doc. 13).

IT IS SO ORDERED.

Dated:    **February 11, 2026**    _____
                                    UNITED STATES MAGISTRATE JUDGE