UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN WHITFIELD,

Plaintiff,

v.

CLINICA SIERRA VISTA, INC.,

Defendant.

Case No. 1:25-cv-01808-KES-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION TO REMAND AS MOOT

Doc. 23

Plaintiff Steven Whitfield, proceeding pro se, filed the operative first amended complaint ("FAC") on August 15, 2025, in Kern County Superior Court. *See* Doc. 1. Defendant Clinica Sierra Vista, Inc. ("CSV")[1] removed the case to this Court on December 11, 2025. Doc. 1. On December 18, 2025, Defendant United States of America[2] filed a motion to dismiss the FAC for lack of subject matter jurisdiction. Doc. 4. On January 5, 2026, Plaintiff filed a motion to remand. Doc. 7. The motions were both referred to the assigned magistrate judge for the preparation of findings and recommendations and/or other appropriate action. Docs. 5, 9.

After Plaintiff failed to timely respond to Defendant's motion to dismiss, on February 5, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action without prejudice for Plaintiff's failure to prosecute and to obey Court orders and the Local Rules. Doc. 13. On February 11, 2026, the Court granted Plaintiff's request for an extension of

[1] CSV is erroneously sued as "Sierra Clinica Vista, Inc." Doc. 1 ¶ 1.

[2] On December 11, 2025, the federal government filed a notice of substitution indicating that it is substituted in this action in place of CSV pursuant to 42 U.S.C. § 233(c) as CSV "was a deemed employee of the Public Health Service and was[] acting within the scope of such employment at the time of the incidents giving rise to this action[.]" Doc. 2 at 1.

time to file a response to Defendant's motion to dismiss and ordered Plaintiff to file any opposition or statement of non-opposition thereto no later than March 4, 2026. Doc. 17. On March 9, 2026, Plaintiff lodged a purported amended complaint. Doc. 19. Several days thereafter, Plaintiff filed a response to Defendant's motion to dismiss, and Defendant filed a reply. Docs. 20, 21.

On May 15, 2026, the assigned magistrate judge vacated the findings and recommendations issued on February 5, 2026, and issued updated findings and recommendations to grant Defendant's motion to dismiss and to deny Plaintiff's motion to remand as moot. Doc. 23. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service. *Id.* at 10. No objections were filed, and the time to do so has now passed.

On June 29, 2026, Plaintiff filed a motion for leave to conduct limited jurisdictional discovery, arguing that the United States failed to establish that the Department of Health and Human Services had deemed Defendant to be covered by the Federal Tort Claims Act ("FTCA"). Doc. 25. Plaintiff's motion is denied, as the United States' motion to dismiss includes a declaration confirming that Defendant was deemed covered by the FTCA during the relevant time period. *See* Doc. 4-2.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on May 15, 2026 (Doc. 23) are ADOPTED in full.
2. Defendant's motion to dismiss (Doc. 4) is GRANTED.
3. Plaintiff's complaint (*see* Doc. 1) is DISMISSED for lack of subject matter jurisdiction without leave to amend and without prejudice.
4. Plaintiff's motion to remand (Doc. 7) is DENIED as moot.
5. Plaintiff's motion for leave to conduct limited jurisdictional discovery (Doc. 25) is DENIED.

6. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: July 27, 2026

UNITED STATES DISTRICT JUDGE